## FENNER v. SIMON.

[No. 3,765.    Filed May 9, 1901.]

NEW TRIAL.— Reasons.— Specifications.— That the judgment is contrary to the evidence, is not sustained by the evidence and is contrary to law, are not reasons for a new trial as recognized by §568 Burns 1894.

From the Noble Circuit Court.    Affirmed.

T. L. Graves and L. W. Welker, for appellant.

H. C. Peterson, for appellee.

BLACK, J.—The overruling of the appellant's motion for a new trial is alone assigned as error.    In the motion for a new trial causes were stated as follows:    "(1)    The judgment of the court is contrary to the evidence; (2) the judgment of the court is not sustained by the evidence in this cause; (3) the judgment of the court is contrary to law." The statute prescribing the cases in which a new trial may be granted in a civil action does not recognize as a cause for a new trial any of the reasons stated in this motion.    §568 Burns 1894, §559 Horner 1897.

Judgment affirmed.